INDEMNITY INSURANCE COMPANY OF NORTH AMERICA
ET AL., PLAINTIFFS-PETITIONERS, v. METROPOLITAN
CASUALTY INSURANCE COMPANY OF NEW YORK,
DEFENDANT-RESPONDENT.

See same case below: 59 *N. J. Super.* 547.

*Messrs. Schneider, Lustbader & Morgan* and *Mr. M.
Marvin Soperstwin* for the petitioners.

*Messrs. Zimmer & Selikoff* for the respondent.

May 4, 1960.   Granted.

PAUL VOHTA, PETITIONER-RESPONDENT, v. BOGUE ELEC-
TRIC MANUFACTURING COMPANY, RESPONDENT-PE-
TITIONER.

See same case below: 60 *N. J. Super.* 169.

May 4, 1960.   Denied.